IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK, *et al.* | * |
| Plaintiffs, | * |
| v. | *   Case Number: |
| CHANDELEUR HOMES, INC., *et al.* | * |
| Defendants. | * |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW,** Chandeleur Homes, Inc., now known as Champion Homes of Boaz, Inc., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that Champion Home Builders Co. owns all of its stock and that Champion Enterprises, Inc., a publicly held corporation, owns all of Champion Home Builders Co.'s stock.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Attorneys for Chandeleur Homes, Inc., now known as Champion Homes of Boaz, Inc.

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:    (205) 271-3105
Facsimile:     (205) 271-3111

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing has been served upon the following:

1

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103

by placing a copy of same in the United States Mail, postage prepaid, on this the 2nd ____ day of _____, 2006.

_____
OF COUNSEL