IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK, *et al.* | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   Case Number: |
| | * |
| CHANDELEUR HOMES, INC., *et al.* | * |
| | * |
| **Defendants.** | * |

## CERTIFICATE

I hereby certify that the defendant, Chandeleur Homes, Inc., now known as Champion Homes of Boaz, Inc., by and through counsel in the above-styled action, gave written notice to the plaintiff on the 2nd day of May, 2006, of the filing in this Court of the Notice of Removal in the above-styled cause. I further certify that a copy of the Notice of Removal was mailed to be filed with the Clerk for the Circuit Court of Montgomery County, Alabama and mailed to the plaintiff's attorney.

Respectfully submitted this 2nd day of May, 2006.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

_____
Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Attorneys for Chandeleur Homes, Inc., now known as Champion Homes of Boaz, Inc.

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:    (205) 271-3105
Facsimile:     (205) 271-3111

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a copy of the foregoing has been served upon the following:

Jere L. Beasley, Esquire
W. Daniel Miles, III, Esquire
C. Gibson Vance, Esquire
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103

by placing a copy of same in the United States Mail, postage prepaid, on this the 2 day of _____, 2006.

_____
OF COUNSEL