EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIM MOCK, *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case Number: |
| | * | |
| CHANDELEUR HOMES, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |

## CONSENT TO REMOVAL

**COMES NOW** defendant Champion Enterprises, Inc., by and through counsel, without waiving jurisdiction, and pursuant to 28 U.S.C.A. § 1441 hereby consents to the removal of this civil action to the United States District Court for the Middle District of Alabama, Northern Division.

Done this the 2nd day of May 2006.

Respectfully submitted,

RITCHEY & RITCHEY, P.A.

Gregory S. Ritchey, Esquire {ASB-8193-H68G}
Richard S. Walker, Esquire {ASB-8719-L70R}
Attorneys for Champion Enterprises, Inc.

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:   (205) 271-3105
Facsimile:    (205) 271-3111