IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK, *et al.* | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *  Case Number: |
| | * |
| CHANDELEUR HOMES, INC., *et al.* | * |
| | * |
| Defendants. | * |
| STATE OF GEORGIA | * |
| | *  **A F F I D A V I T** |
| TIFT COUNTY | * |

Before me the undersigned authority, in and for said state and county, personally appeared, Parker Holloway, who being by me first duly sworn, under oath, deposes and says:

1. My name is Parker Holloway and I am over the age of 19 years. I am the Field Operations Manager for Redman Homes, Inc. (hereinafter referred to as "Redman"), Grand Manor Homes of Thomasville, Inc. (hereinafter referred to as "Grand Manor"), and Champion Homes of Boaz, Inc. f/k/a Homes of Legend, Inc. (hereinafter referred to as "Legend") and Chandeleur Homes, Inc. (hereinafter referred to as "Chandeleur") and I have personal knowledge of the facts set forth in this Affidavit. I make this Affidavit and appear specifically for the purpose of supporting the motion filed in the above styled action and without waiving jurisdiction.

2. Chandeleur is a corporation organized and existing under the laws of the State of Michigan, with its principal place of business in Auburn Hills, Michigan. Decisions relating to the current business operations of Chandeleur are made in Auburn Hills, Michigan.

1

3. This affidavit is true and correct to the best of my knowledge, information and belief.

CHAMPION HOMES OF BOAZ, INC.
F/K/A HOMES OF LEGEND, INC.

By: _____
Its Field Operations Manager

**STATE OF GEORGIA**  \*

\*  **A C K N O W L E D G E M E N T**

**TIFT COUNTY**  \*

I, the undersigned, a Notary Public in and for said County and State, hereby certify that Parker Holloway, as Field Operations Manager of Champion Homes of Boaz, Inc. f/k/a Homes of Legend, Inc., whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this date that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this 28th day of April, 200 6.

_____
Notary Public             BRENDA S. DANIEL
My Commission Expires: Notary Public, Tift County, Georgia
                        My Commission Expires Jan. 13, 2008

3