**EXHIBIT β**

# MANUFACTURER'S STATEMENT OR CERTIFICATE OF ORIGIN   753155
## TO A MANUFACTURED HOME

**CHANDELEUR HOMES, INC.**
P.O. Box 557 • Boaz, Alabama 35957
Phone: (205) 593-9225

Alabama

The undersigned MANUFACTURER hereby certifies that the new mobile home described below, the property of said MANUFACTURER, has been transferred

this **29TH** day of **APRIL** **2003** on invoice no. **45306**

to **WAYNE FRIER HOME CENTER**

whose address is

**12788 US HWY 90 W.**

**LIVE OAK, FL**   **32060**
CITY, STATE   ZIP

MODEL/SIZE: **2953-452 28X70(66)**

YEAR: **2004**   TRADE NAME: Grand

BODY WIDTH/FT.: **28.00**   SQ. FT.: **1848.00**

BODY LENGTH/FT.: **70.00** /FT. INCLUDING HITCH

MFG. SERIAL #: **CH3AL07932B**

DATE OF MFG.: **04/15/03**   **23625.00** WEIGHT

NO. WHEELS: **8**

Said MANUFACTURER hereby certifies that this written instrument constitutes the first conveyance of said vehicle after its manufacture and that the MANUFACTURER's serial number set forth above has not been nor will be used by the MANUFACTURER on any other vehicle manufactured by said MANUFACTURER, and that there are no other MANUFACTURER's certificate issued by the MANUFACTURER for the vehicle described above.

**CHANDELEUR HOMES, INC.**
Manufacturer

By: _____   **Controller**
Sign Name   Title or Position

**BOAZ, ALABAMA**
Office, Address of Signatory City and State

**MANUFACTURER'S
STATEMENT OR CERTIFICATE OF ORIGIN    753154
TO A MANUFACTURED HOME**



**CHANDELEUR HOMES, INC.**
P.O. Box 557 • Boaz, Alabama 35957
Phone: (205) 593-9225

Alabama

The undersigned MANUFACTURER hereby certifies that the new mobile home described below, the property of said MANUFACTURER, has been transferred

this **29TH** day of **APRIL** **2003** on invoice no. **45306**

to **WAYNE PRIER HOME CENTER**

whose address is

**12788 US HWY 90 W.**

**LIVE OAK, FL    32060**
CITY, STATE          ZIP

MODEL/SIZE: **2953-4B2 28X70 4/6/4**

YEAR: **2004**    TRADE NAME: Grand

BODY WIDTH/FT.: **28.00**    SQ. FT.: **1846.00**

BODY LENGTH/FT.: **70.00** /FT.
INCLUDING HITCH

MFG. SERIAL #: **CB3AL07932A**

DATE OF MFG.: **04/15/03**    **27405.00**    WEIGHT

NO. WHEELS: **8**

Said MANUFACTURER hereby certifies that this written instrument constitutes the first conveyance of said vehicle after its manufacture and that the MANUFACTURER's serial number set forth above has not been nor will be used by the MANUFACTURER on any other vehicle manufactured by said MANUFACTURER, and that there are no other MANUFACTURER's certificate issued by the MANUFACTURER for the vehicle described above.

**CHANDELEUR HOMES, INC.**
Manufacturer

By: _[signature]_    **Controller**
Sign Name    Title or Position

**BOAZ, ALABAMA**
Office, Address of Signatory City and State