# Chandeleur Homes, Inc.
## SERVICE WORK ORDER

DIVISION NO. 20  
WORK ORDER NO. 229113  
Page 1

SERIAL NO. **CH3AL07932**  
DEALER # 03017 00001  
3

CUSTOMER **MOCK, ANN & JIM**  
**662 CO RD 120**  
**ARITON, AL 36311**

**WAYNE FRIER HOME SALES**  
**5311 MONTGOMERY HWY**  
**DOTHAN, AL 36303**

8-19-05 LEFT MESSAGE  
185 miles

HOME PHONE (334) 762-2010  
DAY PHONE  
RETAIL SOLD DATE 08/01/2004  
DATE RECEIVED 06/01/2005  

**SERVICEMAN COPY**  
DEALER PHONE  

Entered By TML  CSR TMB

Decor. **FACTORY SELECT**   Model No. **2953**   Model Year **2004**

| SERVICE REPAIRS REQUESTED | WORK PERFORMED | Assessment | Labor Hours | Expense | Material Cost |
|---|---|---|---|---|---|
| **02-05 FLOOR BOWED/SAG** kitchen is bowed due to a water leak at the sink that has been repaired | REMOVED LINO SANDED FLOOR REINST. LINO | | 3 | | |
| **02-07 FLOOR CROWNED/UNEVEN** floor in the masterbath has buldged prior service stated floor should go back down in about a month it hasnt | REPAIRED 3 JOISTS REPLACED LINO | | 2 / 4 | | |
| **14-12 SHOWER PAN DAMAGED** shower in the masterbath has a crack in the floor of it /plastic | REPLACED | | 3 | | |

EXHIBIT C

SERVICEMAN'S SIGNATURE  
CUSTOMER'S SIGNATURE  
CONFIRMS ACCEPTANCE AND SATIFACTION OF WARRANTY WORK PERFORMED

STARTING DATE 9-27  
FINISH DATE 9-28  
STARTING TIME 9-27 12:00 pm / 9-28 7:00 am  
FINISH TIME 9-27 5:00 pm / 9-28 2:00 pm  
INVOICE TOTAL 12 HRS

LABOR  
EXPENSE  
MATERIAL  
TOTAL COST  
DRIVING HRS.  
MILEAGE  
CHARGE  

ASSESSMENT CODES  
01 Manufacturing  
02 Component  
03 Sales  
04 Dealer  
05 Homeowner  
06 Other