IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JIM MOCK and ANN MOCK,         )
                               )
    Plaintiffs,                )
                               )
    v.                         )    CIVIL ACTION NO.
                               )    2:06cv395-MHT
                               )
CHANDELEUR HOMES, INC.,        )
and CHAMPION ENTERPRISES,      )
INC.,                          )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 4), alternative motion for summary judgment (doc. no. 4), alternative motion to transfer venue (doc. no. 4), and motion to transfer venue (doc. no. 5) are set for submission, without oral argument, on June 5, 2006, with all briefs due by said date.

DONE, this the 22nd day of May, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE