IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK, et al. | * |
| | * |
| Plaintiffs, | * |
| | * Case Number: 2:06-cv-00395-MHT |
| v. | * |
| | * |
| CHANDELEUR HOMES, INC., et al. | * |
| | * |
| Defendants. | * |

## PLAINTIFFS' RESPONSE TO DEFENDANT CHAMPION ENTERPRISES, INC.'S MOTION TO TRANSFER VENUE

COMES NOW, the Plaintiffs by and through their undersigned counsel of record and hereby responds to Defendant, Champion Enterprises, Inc.'s Motion to Transfer Venue, and state the following:

1. On March 17, 2006 the Plaintiffs filed their complaint.

2. On May 2, 2006 the Defendant removed this action to this Honorable Court.

3. On May 11, 2006 Defendant, Champion Enterprises, Inc., filed its Motion to Transfer Venue.

4. Plaintiffs consent to a Transfer of Venue to the United States District Court for the Middle District of Alabama, Southern Division.

5. The subject manufactured home was purchased by Plaintiffs in Dothan, Alabama and is now located in Dale County, Alabama.

Therefore, venue appears to be proper for the United States District Court for the Middle District of Alabama, Southern Division.

/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

    Gregory S. Ritchey, Esquire
    Richard S. Walker, Esquire
    Ritchey & Ritchey, P.A.
    P.O. Drawer 590069
    Birmingham, Alabama 35259-0069
    greg@ritcheylaw.com
    richard@ritcheylaw.com

    /s/ C. Gibson Vance
    OF COUNSEL