IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK and ANN MOCK, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|    v. | )   CIVIL ACTION NO. |
| | )     2:06cv395-MHT |
| CHANDELEUR HOMES, INC., | ) |
| et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

It is ORDERED that defendant Chandeleur Homes, Inc.'s motion to dismiss (Doc. No. 4), motion for summary judgment (Doc. No. 4), motion to transfer venue (Doc. No. 4), and motion to transfer venue (Doc. No. 5) are set for on-the-record oral argument on June 8, 2006, at 8:30 a.m. Counsel for the movants are to arrange for the argument to be conducted by telephone.

DONE, this the 6th day of June, 2006.

                                        /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE