# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED  June 8, 2006              AT  8:25   A.M./P.M.

DATE COMPLETED  June 8, 2006              AT  8:37   A.M./P.M.

JOHN MOCK et al.                          Civil Action
     plaintiff                            2:06-cv-395-MHT
          VS.

CHANDELEUR HOMES, INC. et al.
     defendant

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Carter Gibson Vance | X | Atty Gregory S. Ritchey |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | David Sapp, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:    ON-THE-RECORD ORAL ARGUMENT
                         RE: MOTION TO CHANGE VENUE, MOTION TO DISMISS
                             MOTION FOR SUMMARY JUDGMENT

8:25 a.m.           Conference convenes. Parties discussion of
                    transferring case to southern division.
                    Plaintiffs request addition time to conduct
                    discovery and take depositions. Parties agree
                    that an arbitration agreement has been
                    established.  Court directs the parties to
                    within 45 days resolve the personal
                    jurisdiction issue. Motion to dismiss and
                    motion for summary judgment will be set for
                    submission; motion to transfer will be taken
                    under advisement.
8:37 a.m.           Conference concluded.