```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| JIM MOCK and ANN MOCK,           ) | |
|                                  ) | |
|    Plaintiffs,                   ) | |
|                                  ) | |
|    v.                            ) | CIVIL ACTION NO. |
|                                  ) | 2:06cv395-MHT |
| CHANDELEUR HOMES, INC.,          ) | |
| et al.,                          ) | |
|                                  ) | |
|    Defendants.                   ) | |

                              ORDER

Based on the representations made on the record on June 8, 2006, it is ORDERED as follows:

(1) Defendant Champion Enterprises, Inc.'s motion to dismiss (Doc. No. 4) and motion for summary judgment (Doc. No. 4) are set for final submission, without oral argument, on September 7, 2006.

(2) The parties are allowed until July 28, 2006, to complete discovery and depositions of all persons whose testimony will be made part of the evidentiary record.

(3) By August 7, 2006, the parties are jointly to develop and submit to the court a record of the evidence--depositions, stipulations, affidavits, etc.--that they intend the court to rely upon.

(4) Defendant Champion Enterprises, Inc. is to file its brief by August 17, 2006.

(5) The plaintiffs are to file their brief by August 28, 2006.

(6) Defendant Champion Enterprises, Inc. may file a reply brief by September 7, 2006.

(7) When the parties refer to evidence in their briefs, they must cite the specific document and page number where the evidence can be found in the evidentiary record. A brief which fails to comply with this requirement will be struck.

It is further ORDERED that defendant Champion Enterprises, Inc.'s motion to transfer venue (Doc. No. 4) and defendant Chandeleur Homes, Inc.'s motion to transfer venue (Doc. No. 5) are denied, with leave to

2

renew after disposition of the motion to dismiss and motion for summary judgment.

DONE, this the 8th day of June, 2006.

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**