IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK, et al. | * |
| | * |
| Plaintiffs, | * |
| | * Case Number: 2:06-cv-00395-MHT |
| v. | * |
| | * |
| CHANDELEUR HOMES, INC. and | * |
| CHAMPION ENTERPRISES, INC. | * |
| | * |
| Defendants. | * |

**MOTION TO SHORTEN TIME FOR DEFENDANT CHAMPION ENTERPRISES, INC. TO RESPOND TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Comes now Plaintiffs and ask this Court to shorten Defendant's time to respond to Plaintiffs' Second Request for Production of Documents to ten (10) days. As grounds for said request, Plaintiffs state the following:

1.   The documents requested in Plaintiffs' Second Request for Production of Documents have already been produced in <u>Russell J. Guidroz, Jr., et al. v. Champion Enterprises, Inc., et al</u>. (CV-05-1148). (Plaintiffs' second request for production of documents attached at exhibit "A").

2.   Defendant Champion Enterprises, Inc. should have no problem in reproducing these documents quickly.

3.   On June 28, 2006, this Court entered and Order giving the parties until July 28, 2006 to complete discovery.

4.   Defendant Champion Enterprises, Inc. will not be prejudiced by the shortening of time to respond to Plaintiffs' Second Request for Production of Documents.

WHEREFORE, Plaintiffs respectfully request this Court to enter an Order directing Defendant Champion Enterprises, Inc. to respond to Plaintiffs' Second Request for Production of Documents and within 14 days by requiring said response to be due on or before July 7, 2006.

/s/ C. Gibson Vance
C. Gibson Vance (ASB-1923-N77C)

## CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

    Gregory S. Ritchey, Esquire
    Richard S. Walker, Esquire
    Ritchey & Ritchey, P.A.
    P.O. Drawer 590069
    Birmingham, Alabama 35259-0069
    greg@ritcheylaw.com
    richard@ritcheylaw.com

    /s/ C. Gibson Vance
    OF COUNSEL