IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK, et al. | * |
| | * |
| Plaintiffs, | * |
| | * Case Number: 2:06-cv-00395-MHT |
| v. | * |
| | * |
| CHANDELEUR HOMES, INC., et al. | * |
| | * |
| Defendants. | * |

### PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CHAMPION ENTERPRISES, INC.

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of the District Court for the Middle District of Alabama, Northern Division, Plaintiff hereby requests that you produce the documents requested herein within ten (10) days at the law offices of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., 272 Commerce Street, Montgomery, Alabama 36103-4160.

### REQUEST FOR PRODUCTION

1.   All documents produced in response to request for production in <u>Russell J. Guidroz, Jr., et al. v. Champion Enterprises, Inc., et al</u>. (CV-05-1148), as it relates to the issue of the relationship between Champion Enterprises, Inc. and any and all subsidiaries, including, but not limited to Chandeleur Homes, Inc. and Champion Home Builders, Inc.

*C. 3U*

C. Gibson Vance (ASB-1923-N77C)



EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document upon all counsel of record as listed below by placing the same in the United States mail, properly addressed and first class postage prepaid on this the 27th day of June, 2006.

Gregory S. Ritchey, Esquire
Richard S. Walker, Esquire
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
greg@ritcheylaw.com
richard@ritcheylaw.com

_____C.3U_____
OF COUNSEL