IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM and ANN MOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv395-MHT |
| | ) |
| CHANDELEUR HOMES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiffs' motion to shorten time (doc. # 14) and the defendants' response in opposition to the motion, it is

ORDERED that this matter be and is hereby SET for oral argument on July 10, 2006, at 4:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 29th day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE