IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM and ANN MOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv395-MHT |
| | ) |
| CHANDELEUR HOMES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiffs' motion to shorten time (doc. # 14) and the defendants' response in opposition to the motion. The court heard oral argument on the motion on July 10, 2006. Upon consideration of the motion, and based on the parties' representations made in open court, it is

ORDERED that the motion to shorten time (doc. # 14) be and is hereby DENIED as moot.

Done this 11th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE