IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JIM MOCK and ANN MOCK,         )
                               )
    Plaintiffs,                )
                               )        CIVIL ACTION NO.
    v.                         )        2:06cv395-MHT
                               )
CHANDELEUR HOMES, INC.,        )
and CHAMPION ENTERPRISES,      )
INC.,                          )
                               )
    Defendants.                )
```

## ORDER

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to withdraw (doc. no. 19) is granted.

(2) The motion to dismiss (doc. no. 4) and motion for summary judgment (doc. no. 4) are denied without prejudice.

(3) The motion to stay (doc. no. 19) is granted.

(4) This cause is stayed until further order of the court.

(5) On the first Monday in January and the first Monday in July 2007, and on the first Monday in January and the first Monday in July of each year thereafter, the parties are to file a joint report on the status of the arbitration proceedings and indicating whether this case should be dismissed or reopen.

The clerk of the court is DIRECTED to close this case administratively.

DONE, this the 26th day of July, 2006.

                                                   /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE