IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JIM MOCK and ANN MOCK,     )
                       )
    Plaintiffs,        )
                       )      CIVIL ACTION NO.
    v.                )      2:06cv395-MHT
                       )
CHANDELEUR HOMES, INC.,   )
and CHAMPION ENTERPRISES,  )
INC.,                 )
                       )
    Defendants.        )

ORDER

It is ORDERED that the motion for leave to amend (doc. no. 21) is set for submission, without oral argument, on September 8, 2006, with all briefs due by said date.  The court is concerned as to how it can grant the motion in light of the fact that all proceedings in this case were stayed by order entered on July 26, 2006 (doc. no. 20)

DONE, this the 29th day of August, 2006.


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE