IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JIM MOCK and ANN MOCK,        )
                              )
        Plaintiffs,           )
                              )
    v.                        )        CIVIL ACTION NO.
                              )         2:06cv395-MHT
CHANDELEUR HOMES, et al.,     )
                              )
        Defendants.           )

ORDER

It is ORDERED  that the motion to amend (Doc. No. 21) is set for on-the-record oral argument on September 14, 2006, at 8:45 a.m.  Counsel for plaintiffs are to arrange for the argument to be conducted by telephone.

DONE, this the 11th day of September, 2006.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE