# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED  September 12, 2006          AT  3:35   A.M./P.M.

DATE COMPLETED  September 12, 2006          AT  3:37   A.M./P.M.

JOHN MOCK et al.                            Civil Action
    plaintiff                               2:06-cv-395-MHT
      VS.

CHANDELEUR HOMES, INC. et al.
    defendant

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Carter Gibson Vance | X | Atty Gregory S. Ritchey |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:    ON-THE-RECORD ORAL ARGUMENT (TELEPHONE)
                                RE: MOTION TO AMEND COMPLAINT

3:35 p.m.              Conference call convenes. Plaintiff's oral
                       argument for filing the motion to amend
                       complaint. Court will deny the motion without
                       prejudice.
3:37 p.m.              Conference concluded.