IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JIM MOCK and ANN MOCK, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:06cv395-MHT |
| CHANDELEUR HOMES, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

Based on the representations made in an on-the-record telephone conference on September 12, 2006, it is ORDERED that the motion for leave to amend (Doc. No. 21) is denied without prejudice.

DONE, this the 13th day of September, 2006.

                                /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE