IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIM MOCK, *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case Number: 2:06-cv-00395-MHT |
| | * | |
| CHANDELEUR HOMES, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |

## JOINT STATUS REPORT

**COME NOW** the parties and advise that the above referenced matter is still pending in arbitration. The parties have entered into an arbitration agreement and the parties are participating in discovery. The parties have held a conference call with the arbitrator and scheduled all the deadlines, including the arbitration hearing.

Respectfully submitted this the 29th day of December, 2006.

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

_____
C. Gibson Vance, Esquire (ASB-1923-N77C)
Counsel for Plaintiffs

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103
Telephone:  334.269.2343
Facsimile:  334.954.7555

RITCHEY & RITCHEY, P.A.

_____
Gregory S. Ritchey, Esquire (ASB-8193-H68G)
Richard S. Walker, Esquire (ASB-8719-L70R)
Counsel for Champion Homes of Boaz, Inc.
f/k/a Chandeleur Homes, Inc.

**OF COUNSEL:**
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, Alabama 35259-0069
Direct Dial:   205.271.3105
Facsimile:    205.271.3111

2