IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK, *et al.* | * |
| Plaintiffs, | * |
| v. | * Case Number: 2:06-cv-00395-MHT |
| CHANDELEUR HOMES, INC., *et al.* | * |
| Defendants. | * |

## JOINT STATUS REPORT

COME NOW the parties and advise that the above referenced matter is still pending in arbitration. The parties have entered into an arbitration agreement and the parties are participating in discovery. The parties suspended the arbitration proceedings in order to attempt to resolve the matter through mediation. Mediation was not successful and the parties are rescheduling a conference call with the arbitrator to reset deadlines, including the arbitration hearing.

Respectfully submitted this the 2nd day of July, 2007.

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

C. Lance Gould, Esquire (ASB-0913-G66C)
Counsel for Plaintiffs

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103
Telephone: 334.269.2343
Facsimile: 334.954.7555

1

RITCHEY & SIMPSON, PLLC

/s/ Gregory S. Ritchey

Gregory S. Ritchey, Esquire (ASB-8193-H68G)
Richard S. Walker, Esquire (ASB-8719-L70R)
Counsel for Champion Homes of Boaz, Inc.
f/k/a Chandeleur Homes, Inc.

OF COUNSEL:
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084
Direct Dial:   205.876.1600
Facsimile:    205.876.1616