IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JIM MOCK and ANN MOCK,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Case No. 06-395-MHT |
| | * |
| **CHANDELEUR HOMES, INC. et al.,** | * |
| | * |
| Defendants. | * |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Ann Mock, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and is not aware of any reportable relationships.

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the ____ day of July, 2007.

                                        /s/ C. Lance Gould
                                        OF COUNSEL

Gregory S. Ritchey
Richard S. Walker
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216