IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK and ANN MOCK, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv395-MHT |
| ) | |
| CHANDELEUR HOMES, INC., ) | |
| and CHAMPION ENTERPRISES, ) | |
| INC., ) | |
| ) | |
|     Defendants. ) | |

### ORDER

It is ORDERED that the judgment entered on August 20, 2007 (Doc. No. 31) was entered in error and is vacated.

DONE, this the 22nd day of August, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE