IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JIM MOCK and ANN MOCK,   )
                                        )
    Plaintiffs,          )
                                        )   CIVIL ACTION NO.
    v.                            )   2:06cv395-MHT
                                        )      (WO)
CHANDELEUR HOMES, INC.,    )
and CHAMPION ENTERPRISES, )
INC.,                          )
                                        )
    Defendants.          )

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 30) it is the ORDER, JUDGMENT, and DECREE of the court that defendant Champion Enterprises, Inc. is dismissed without prejudice.

Chandeleur Homes, Inc. still remains a defendant.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of August, 2007.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE