IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JIM MOCK and ANN MOCK, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>CHANDELEUR HOMES, INC., )<br>and CHAMPION ENTERPRISES, )<br>INC., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:06cv395-MHT<br>    (WO) |

### JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 34), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of January, 2009.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE